

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00083-CR

FREDDIE ADAMS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM COUNTY CRIMINAL COURT NO. 3 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Freddie Adams filed a motion for new trial on his resisting arrest conviction, for which he received forty-two days' confinement pursuant to a plea bargain. The trial court denied the motion, and Adams now attempts to appeal that ruling.

On March 24, 2011, we sent Adams a letter stating that the trial court's certification of his right to appeal states that this is a plea-bargain case and that

---

[1]*See* Tex. R. App. P. 47.4.

he has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). We instructed Adams or any party desiring to continue the appeal to file a response by April 4, 2011, showing grounds for continuing the appeal or the appeal may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. Adams filed a response, but it did not show grounds for continuing the appeal.

The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only "those matters that were raised by written motion filed and ruled on before trial" or "after getting the trial court's permission to appeal." Tex. R. App. P. 25.2(a)(2). There is no exception for an adverse ruling on a motion for new trial. *See Estrada v. State*, 149 S.W.3d 280, 282 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd) (op. on reh'g). In this case, the trial court certified that this "is a plea-bargain case, and the defendant has NO right of appeal." Without a certification from the trial court reflecting a right to appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

Because Adams has no right of appeal from his plea bargain, we dismiss his appeal for lack of jurisdiction.

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 19, 2011 PER CURIAM